# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK
### ROCHESTER, NEW YORK 14614-1363

**CHARLES J. SIRAGUSA**
**DISTRICT COURT JUDGE**

**585-613-4050**

July 19, 2007

**VIA FAX - (202) 502-1899**

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   *2006 Financial Disclosure*

Dear Judge Smith:

I am in receipt of your letter dated June 19, 2007 concerning my 2006 Financial Disclosure. In your correspondence, you point out omissions relating to Maxtor Corp. (New) Common Stock and Bank New York Inc. Common Stock.

With respect to the Bank of New York Common Stock, my 2005 Financial Disclosure erroneously indicated a partial sale of the stock on July 7, 2005 when in fact the stock was sold in its entirety on that date. However, the value code for the July 7th transaction was correctly reported as "J" and the gain code as "A."

As to the Maxtor Corp. (New) Common Stock, I neglected to report on my 2006 Financial Disclosure that on May 22, 2006, Maxtor Corp. merged with Seagate Technology. Seagate Technology is listed in my 2006 Financial Disclosure on page 1, line 4 and on page 10, line 179.

Thank you very much.

Very truly yours,



United States District Judge

CJS/kap

# FOR CALENDAR YEAR 2006

(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SIRAGUSA, CHARLES J | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDNY | 3. Date of Report<br><br>4/28/2007 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>1360 UNITED STATES COURTHOUSE<br><br>100 STATE STREET<br><br>ROCHESTER, NEW YORK 14614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD MEMBER | CASA ITALIANA-CENTER FOR ITALIAN STUDIES AND COMMUNITY ACTIVITIES |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEIVE BENEFITS AS OF NOVEMBER 1, |

RECEIVED
2007 MAY -9 A 9: 44
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | BROWN & TARANTINO |
| 2. | | ATTORNEY (PRIVATE PRACTICE) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 4/28/2007 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & T BANK | A | Interest | L | T | | | | | |
| 2. ACCOUNT #1: | | | | | | | | | |
| 3. WEATHERFORD INT'L LTD COMMON STOCK | | None | J | T | PT SELL | 7/25 | J | A | |
| 4. SEAGATE TECHNOLOGY (X) | A | Dividend | J | T | | | | | |
| 5. SB MONEY FUNDS CASH PORT CL A | A | Dividend | J | T | | | | | |
| 6. CORE LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 7. ALKERMES INC.COMMON STOCK | | None | J | T | | | | | |
| 8. AMAZON COM INC COMMON STOCK | | None | J | T | | | | | |
| 9. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. AMGEN INC. COMMON STOCK | | None | J | T | | | | | |
| 11. ANADARKO PETROLEUM CORP. | A | Dividend | J | T | BUY | 7/27 | J | | |
| 12. AUTODESK | | None | J | T | BUY | 8/8 | J | | |
| 13. AXA UAP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | | | SELL | 9/5 | J | A | |
| 16. BP AMOCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. BIOGEN IDEC INC. COMMON STOCK | | None | J | T | | | | | |
| 18. CRH PLC AD-USD COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CABLEVISION SYSTEMS CORP.CL A COMMON STOCK | | None | J | T | | | | | |
| 20. CANON INC. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. CHIRON CORP. DELAWARE COMMON STOCK | | None | | | MERGER | 4/26 | J | A | |
| 22. CISCO COMMON STOCK | | None | J | T | | | | | |
| 23. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 24. COCA COLA CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. COMCAST CORP CL A-SPL COMMMON STOCK | | None | J | T | BUY | 1/6 | J | | |
| 26. DELL COMPUTER CORP COMMON STOCK | | None | J | T | | | | | |
| 27. DIAGEO PLC SPONSORED ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. ENDESA SA, MADRID SPONSORED ADR COMMON STOCK | A | Dividend | J | T | PT SELL | 11/2 | J | A | |
| 30. EXPEDIA INC COMMON STOCK | | None | J | T | | | | | |
| 31. EXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. FOREST LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 33. GENENTECH INC. COMMON STOCK | | None | J | T | | | | | |
| 34. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. GENZYME CORP. GENEEAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 36. GLAXOSMITHKLINE PLC SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GRANT PRIDECO INC. COMMON STOCK | | None | J | T | | | | | |
| 38. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. GRUPO TELEVISA SA DE CV GLOBAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. HONG KONG & CHINA GAS LTD. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. HUTCHINSON WHAMPOA LTD-ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | | | | | |
| 46. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. INTEL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. IRELAND BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 53. LIBERTY MEDIA GROUP CL A COMMON STOCK | | None | J | T | | | | | |
| 54. LIBERTY MEDIA INTL INC CLASS A COMMON STOCK | | None | J | T | BUY | 1/11 | J | | |

1. Income/Gain Codes.   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000

(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MERRILL LYNCH & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 57. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. MICRON TECHNOLOGY INC COMMON STOCK | | None | J | T | | | | | |
| 59. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. NATIONAL BK GREECE A SPONS ADR | A | Dividend | J | T | BUY | 6/5 | J | | |
| 61. NESTLE SA SPONSORED ADR REPSTG REG SH COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. NIPPON TELEPHONE & TELEGRAOPH CORP. ADR RSPTG COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. NOKIA CORP. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. NOMURA HOLDINGS INC. UNSP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. NOVO NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. ORIX CORP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. PALL CORP. | A | Dividend | J | T | BUY | 1/17 | J | | |
| 70. PEPSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 71. PFIZER COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. PROCTOR & GAMBLE CO INC COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. RIO TINTO PLC-GBP COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. ROYAL DUTCH PETROLEUM CO.COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. SAP AKLENGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. SMITH & NEPHEW PLC SP ADR | A | Dividend | J | T | BUY | 5/12 | J | | |
| 78. TELEFONICA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 79. TESCO PLC SPONSORED ADR | A | Dividend | J | T | BUY | 5/15 | J | | |
| 80. TEXAS INSTRUMENTS COMMON STOCK | A | Dividend | J | T | | | | | |
| 81. TIME WARNER INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 82. TOMPKINS FH PLC SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 83. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 84. TREND MICRO INC SPON AD COMMON STOCK | A | Dividend | J | T | | | | | |
| 85. TYCO INTERNATIONAL LTD. NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 86. UBS AG-CHF COMMON STOCK | A | Dividend | J | T | | | | | |
| 87. UNITED OVERSEAS BANK LTD SPONS ADR (X) | A | Dividend | J | T | | | | | |
| 88. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 89. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 90. WPP GROUP PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. WAL-MART DE MEXICO SA DE COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. YAHOO INC COMMON STOCK | | None | J | T | | | | | |
| 93. ACCOUNT #2: | | | | | | | | | |
| 94. BLACKROCK GLOBAL TECHNOLOGY FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #1 |
| 95. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 96. ACCOUNT #3: | | | | | | | | | |
| 97. SB MONEY FUNDS CASH PORT CL A | A | Dividend | J | T | | | | | |
| 98. UBS AG-CHF COMMON STOCK | A | Dividend | J | T | | | | | |
| 99. AXA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 00. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 01. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | | | MERGER | 9/5 | J | C | |
| 02. BP AMOCO PLC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 03. CRH PLC ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 04. CANON INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 05. DIAGEO PLC SPON ADR-NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 06. ENDESA SA SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 07. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 08. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. GRUPO TELEVISA SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. HSBC HLDG PLC SP ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. HONG KONG CHINA GAS SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. HUTCHINSON WHAMPOA LTD-ADRV COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. IRELAND BANK BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | A | Dividend | J | T | | | | | |
| 117. METTLER TOLEDO INTL INC COMMON STOCK | | None | J | T | | | | | |
| 118. MITSUBISHI TOYKO FINANCIAL GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. NATIONAL BK GREECE S A APONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. NESTLE A SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. NEWS CORP CLASS B NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 122. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 123. NOKIA CORP SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 124. NOMURA AHOLDINGS INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 125. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. NOVO-NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. ORIX CORP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. RIO TINTO PLC-GBP COMMON STOCK | A | Dividend | J | T | | | | | |
| 129. ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 130. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 131. SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 132. SMITH & NEPHEW PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 133. TELEFONICA S.A. SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 134. TESCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 135. TOMKINS F H PLC SPON ADER COMMON STOCK | A | Dividend | J | T | | | | | |
| 136. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 137. TREND MICRO INC SPON ADR COMMONS STOCK | A | Dividend | J | T | | | | | |
| 138. UNITED OVERSEAS BANK LTD SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 139. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | BUY | 8/31 | J | | |
| 140. WPP GROUP PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. ACCCOUNT #4: | | | | | | | | | |
| 143. SMITH BARNEY MONEY MARKET | B | Interest | K | T | | | | | |
| 144. IRA #1: | | | | | | | | | |

Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                P3 = $25,000,001-$50,000,000              P4 = $More than $50,000,000
Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. CITIBANK DIVERSIFIED FUTURES . | | None | K | T | | | | | |
| 146. IRA #2: | | | | | | | | | |
| 147. GOLDMAN SACHS SMALL VALUE FUND CLASS B | | None | J | T | | | | | |
| 148. IRA #3: | | | | | | | | | |
| 149. BLACKROCK GLOBAL TECHNOLOGY FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #1 |
| 150. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 151. IRA #4: | | | | | | | | | |
| 152. BLACKROCK GLOBAL TECHNOLOGY FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #1 |
| 153. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 154. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 155. VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | K | T | BUY | 11/8 | J | | |
| 156. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 157. VANGUARD-AGRESSIVEAGE-BASED OPTION GROWTH PORTFOLIO | | None | K | T | BUY | 11/8 | J | | |
| 158. DEFERRED COMPENSATION #1: | | None | | | Rollover | 2/10 | M | | SEE PART VIII #3 |
| 159. HARTFORD MONEY MARKET HLS | | | | | | | | | |
| 160. DEFERRED COMPENSATION #2: | | None | | | Rollover | 2/7 | L | | SEE PART VIII #4 |
| 161. VANGUARD PRIME MONEY MARKET | | | | | | | | | |
| 162. DEFERRED COMPENSATION #3: | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. PUTNAM INVESTORS FUND CLASS A | | | | | | | | | |
| 164. TEMPLETON FOREIGN FUND | | | | | | | | | |
| 165. PUTMAN VOYAGER FUND | | | | | | | | | |
| 166. AM CENTURY ULTRA | | | | | | | | | |
| 167. FIDELITY MAGELLAN FUND | | | | | | | | | |
| 168. IRA #5 | | | | | | | | | |
| 169. SMITH BARNEY MONEY MARKET | A | Dividend | | | TRANSFER | 5/17 | J | | SEE PART VIII #5 |
| 170. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | | None | J | T | | | | | |
| 171. PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | A | Dividend | J | T | | | | | SEE PART VIII #6 |
| 172. COEUR D ALENE MINE CORP | | None | J | T | BUY | 5/17 | J | | |
| 173. GABELLI GLOBAL NAT RES & INCOME TR SBI | A | Dividend | J | T | BUY | 5/17 | J | | |
| 174. UNITED STATES OIL FD LP EQUITY | | None | J | T | BUY | 5/17 | J | | |
| 175. ISHARES SILVER TRUST EQUITY | | None | J | T | BUY | 5/17 | J | | |
| 176. ACCOUNT #5 | | | | | | | | | |
| 177. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |
| 178. GLOBALSANTAFE CORP COMMON STOCK | A | Dividend | J | T | PT SELL | 5/8 | J | A | |
| 179. SEAGATE TECHNOLOGY (X) | A | Dividend | J | T | | | | | |
| 180. WEATHERFORD INTL LTD NEW COMMON STOCK | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = 5More than $50,000,000
3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2) U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 182. AGILENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | | | | | |
| 183. ALCOA INC COMMON STOCK | A | Dividend | | | SELL | 12/18 | J | A | |
| 184. ALKERMES INC COMMON STOCK | | None | J | T | | | | | |
| 185. AMAZON COM INC COMMON STOCK | | None | J | T | BUY | 9/26 | J | | |
| 186. AMBAC FINL GROUP INC. COMMON STOCK | A | Dividend | | | SELL | 4/3 | J | A | |
| 187. AMERICAN EXPRESS COMMON STOCK | A | Dividend | J | T | | | | | |
| 188. AMERICAN INTL GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 189. AMERIPRISE FINANCIAL (X) | A | Dividend | | | SELL | 6/26 | J | A | |
| 190. AMGEN INC COMMON STOCK | | None | J | T | BUY | 6/1 | J | | |
| 191. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | J | T | BUY | 12/27 | J | | |
| 192. APPLIED MATERIALS INC DELWARE COMMON STOCK | A | Dividend | J | T | | | | | |
| 193. AUTODESK INC. | | None | J | T | BUY | 8/7 | J | | |
| 194. BP PLC SPONS ADR COMMON STOCK | A | Dividend | | | SELL | 7/26 | J | B | |
| 195. BED BATH & BEYOND COMMON STOCK | | None | J | T | | | | | |
| 196. BAKER HUGHES INC. (X) | A | Dividend | J | T | | | | | |
| 197. BANK OF AMERICA CORP. (X) | A | Dividend | J | T | | | | | |
| 198. BIOGEN IDEC INC COMMON STOCK | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. BOEING CO. | A | Dividend | J | T | BUY | 5/26 | J | | |
| 200. BROADCOM CORP CL A | | None | J | T | BUY | 8/18 | J | | |
| 201. CABLEVISION SYSTEMS CORP COMMON SSTOCK | | None | J | T | | | | | |
| 202. CABOT MICROELECTRONICS CORP COMMON STOCK | | None | | | SELL | 12/18 | J | A | |
| 203. CATERPILLAR INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 204. CHARMING SHOPPES INC COMMON STOCK | | None | J | T | | | | | |
| 205. CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 206. CHIRON CORP DELEWARE COMMON STOCK | | None | | | SELL | 4/21 | J | A | |
| 207. CHUBB CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 208. CISCO SYS INC COMMON STOCK | | None | J | T | | | | | |
| 209. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 210. CLEAR CHANNEL COMMUNICATIONS COMMON STOCK | A | Dividend | | | SELL | 5/3 | J | A | |
| 211. COCA-COLA CO. COMMON STOCK | A | Dividend | J | T | PT SELL | 12/18 | J | A | |
| 212. COMCAST CORP CL A COMMON STOCK | | None | J | T | | | | | |
| 213. CREE INC COMMON STOCK | | None | | | SELL | 12/18 | J | A | |
| 214. DELL COMPUTERS CORP COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 215. DISCOVERY HOLDING COM CL A COMMON STOCK | | None | J | T | | | | | |
| 216. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. DOW CHEMICAL COMMON STOCK | A | Dividend | | | SELL | 12/18 | J | A | |
| 218. EBAY INC. | | None | J | T | BUY | 6/15 | J | | |
| 219. EI DU PONT OE NEMOURS & CO COMMON STOCK | A | Dividend | J | T | PT SELL | 12/18 | J | A | |
| 220. EMERSON ELECTRIC CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 221. ELECTRONIC ARTS COMMON STOCK | | None | | | SELL | 12/18 | J | A | |
| 222. ENGELHARD CORP COMMON STOCK | | None | | | SELL | 1/5 | J | A | |
| 223. EXPEDIA INC COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 224. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | PT SELL | 5/4 | J | A | |
| 225. FOREST LABORATORIES INC. COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 226. FRANKLIN RESOURCES | A | Dividend | J | T | BUY | 6/27 | J | | |
| 227. GAP INC. DELAWARE | | None | J | T | BUY | 12/8 | J | | |
| 228. GENENTECH INC COMMON STOCK | | None | J | T | | | | | |
| 229. GENERAL ELECTRIC CO COMMON STOCK | A | Dividend | J | T | BUY | 11/22 | J | | |
| 230. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 231. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 232. GOLDMAN SACHS GROUP | A | Dividend | | | BUY | 5/26 | J | | |
| 233. GOLDMAN SACHS GROUP | | None | | | SELL | 8/25 | J | A | |
| 234. HASBRO INC COMMON STOCK | A | Dividend | | | SELL | 6/23 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | BUY | 5/11 | J | | |
| 236. HONEYWELL INTL. INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 237. INTEL CORP COMMON STOCK | A | Dividend | | | SELL | 12/18 | J | A | |
| 238. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | | | | | |
| 239. IMCLONE SYS INC COMMON STOCK | | None | | | SELL | 12/18 | J | A | |
| 240. INTL BUSINESS MACHINES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 241. INTERPUBLIC GROUP OF COS INC COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 242. ISIS PHARMACEUTICALS COMMON STOCK | | None | J | T | | | | | |
| 243. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 244. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 245. KIMBERLY CLARK CORP. | A | Dividend | J | T | BUY | 3/28 | J | | |
| 246. KRAFT FOODS INC COMMON STOCK | A | Dividend | | | SELL | 10/23 | J | A | |
| 247. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 248. LEAR CORP COMMON STOCK | A | Dividend | | | SELL | 4/4 | J | A | |
| 249. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 250. LEXMARK INT'L GROUP INC. CL A | | None | | | BUY | 5/10 | J | | |
| 251. LEXMARK INT'L GROUP INC. CL A | | None | | | SELL | 12/12 | J | A | |
| 252. LIBERTY MEDIA CORP. A COMMON STOCK | | None | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. ELI LILLY & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 254. LUCENT TECHNOLOGIES INC COMMON STOCK | | None | | | SELL | 3/27 | J | A | |
| 255. MNBA CORP COMMON STOCK | | None | | | SELL | 1/3 | J | A | |
| 256. MGIC INVT CORP WIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 257. MATTEL INC DE COMMON STOCK | | None | | | SELL | 1/12 | J | A | |
| 258. MCDONALDS CORP. COMMON STOCK | | None | | | SELL | 7/25 | J | A | |
| 259. MERRILL LYNCH & CO COMMON STOCK | A | Dividend | J | T | BUY | 1/17 | J | | |
| 260. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 261. MICROMUSE INC COMMON STOCK | | None | | | SELL | 1/11 | J | B | |
| 262. MICRON TECHNOLOGY INC. COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 263. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | J | T | PT SELL | 12/18 | J | A | |
| 264. MOTOROLA INC DE COMMON STOCK | A | Dividend | J | T | | | | | |
| 265. MURPHY OIL CORP | A | Dividend | J | T | | | | | |
| 266. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | BUY | 1/13 | J | | |
| 267. NOKIA CORP SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 268. NOVARTIS AG ADER COMMON STOCK | A | Dividend | J | T | | | | | |
| 269. NOVELLUS SYS INC. | | None | J | T | BUY | 1/12 | J | | |
| 270. PMI GROUP COMMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 272. PEARSON PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | BUY | 4/13 | J | | |
| 273. PEPSCICO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 274. PFIZER INC COMMON STOCK | A | Dividend | | | SELL | 12/18 | J | A | |
| 275. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | PT SELL | 3/28 | J | A | |
| 276. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | | | SELL | 12/18 | J | A | |
| 277. RAYTHEON COMPANY NEW | A | Dividend | J | T | | | | | |
| 278. SAFEWAY INC NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 279. SANDISK CORP COMMON STOCK | | None | J | T | | | | | |
| 280. SOUTHWEST AIRLINES CO COMMON STOCK | A | Dividend | | | SELL | 9/14 | J | A | |
| 281. STATE STREET CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 282. TAIWAN SEMICONDUCTOR MFG COMMON STOCK | A | Dividend | J | T | | | | | |
| 283. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 284. TIME WARNER COMMON STOCK | A | Dividend | J | T | | | | | |
| 285. TYCO INTL LTD NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 286. UNILEVER PLOC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 287. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 288. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289. VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |
| 290. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | BUY | 12/18 | J | | |
| 291. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 292. WILLIAMS COS INC COMMON STOCK | A | Dividend | J | T | PT SELL | 5/4 | J | A | |
| 293. WM WRIGLEY JR CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 294. WYETH COMMON STOCK | A | Dividend | J | T | PT SELL | 11/28 | J | A | |
| 295. YAHOO INC COMMON STOCK | | None | J | T | BUY | 9/20 | J | | |
| 296. ACCOUNT #6 | | | | | | | | | |
| 297. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |
| 298. AIG FEDERAL SAVINGS BK-DE CERTIFICAATE OF DEPOSIT | | None | | | MATURED | 3/8 | K | A | |
| 299. FIRST UNION CORP SUB NOTES | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) ON SEPTEMBER 29, 2006, MERRILL LYNCH GLOBAL TECHNOLOGY FUND CLASS I CHANGED ITS NAME TO BLACKROCK GLOBAL TECHNOLOGY FUND INC CL INSTL

2) ON SEPTEMBER 29, 2006, MERRILL LYNCH SMALL CAP VALUE FUND CLASS I CHANGED ITS NAME TO BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL.

3) ON FEBRUARY 10, 2006, MY DEFERRED COMPENSATION IN THIS ACCOUNT WAS ROLLED -OVER INTO MY FEDERAL THRIFT SAVINGS ACCOUNT.

4) ON FEBRUARY 7, 2006, MY DEFERRED COMPENSATION IN THIS ACCOUNT WAS ROLLED -OVER INTO MY FEDERAL THRIFT SAVINGS ACCOUNT.

5) THE MONEY MARKET FUNDS WERE USED TO PURCHASE THE HOLDINGS IN THIS ACCOUNT THAT WERE ACQUIRED ON MAY 17, 2006.

6) I INADVERTENTLY OMITTED THIS HOLDING, ACQUIRED ON APRIL 7, 2005, FROM MY 2005 FINANCIAL DISCLOSURE

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date__MAY 4, 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544